WRIGHT, FINLAY & ZAK, LLP
Robin P. Wright, Esq., State Bar No. 150984
Jonathan M. Zak, Esq., State Bar No. 121592
Jarlath M. Curran, II, Esq., State Bar No. 239352
Julie L. Greenfield, Esq., State Bar No. 102713
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660 *(Causey/Pleadings/Proposed Order – App for Default Judgment)*
Tel: (949) 477-5050; Fax: (949) 477-9200
rwright@wrightlegal.net

Attorneys for Plaintiff,
BNC MORTGAGE, INC.

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BNC MORTGAGE, INC., a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>WILLIE J. CAUSEY, JR., an individual; HOME LOAN LENDING, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CV07-5387 JFW (SSx)<br><br>[~~Proposed~~] **Judgment**<br><br>Date: January 7, 20007<br>Time: 1:30 p.m.<br>Courtroom: 16 |

///
///
///
///

1
[PROPOSED] JUDGMENT

**TO ALL INTERESTED PARTIES**:

The Application for Default Judgment of Plaintiff BNC MORTGAGE, INC. ("BNC") has been considered by the above-entitled Court. Upon consideration of all papers filed with the Court and good cause appearing therefore:

IT IS ADJUDGED that

    a.    BNC is not required to reconvey the Deed of Trust until BNC has received the Rescission Balance of $363,110.95 from Causey by *January 15*, 2008.

    b.    If Causey fails to tender the Rescission Balance to BNC by *January 15*, 2008, BNC may enforce the terms of the Note and Deed of Trust to collect the remaining amounts due on the Loan.

Dated: *12/28/07*, 2008

Hon. John F. Walter
United States District Court Judge
Central District of California

**PROOF OF SERVICE**

I, Gretchen Grant, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On December 11, 2007 I served the within [Proposed] JUDGMENT, an individual on all interested parties in this action as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

                Willie J. Causey, Jr.
                7492 Whitewood Drive
                Fontana, CA 92336

[x]   (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee by our attorney service, First Legal Support.

[ ]   (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 477-9200, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]   (BY FEDERAL EXPRESS - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Federal Express with the delivery fees provided for.

[X]   (Federal) I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 11, 2007, at Newport Beach, California.

*Gretchen Grant*
Gretchen Grant

1
PROOF OF SERVICE